IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 10-54243 |
| | ) | Chapter 13 |
| Walter Lamont Gibson, Sr. | ) | |
| Lisa Ray-Shun Gibson | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |

<u>MOTION TO AVOID JUD-
ICIAL LIEN OR, ALTERN-
ATIVELY, FOR A DEC-
LARATION THAT NO
JUDICIAL LIEN EXISTS</u>

<u>J 97 0308</u>

     Now comes the above-captioned debtor, Walter Lamont Gibson, Sr., who states the following:

     1. This case was commenced as a case under chapter 13, title 11 U.S.C. on September 7, 2010.

     2. As of the commencement of the case, the debtor owned and still owns real estate located at 1241 Sparhawk Ave., Akron, Ohio.

     3. The debtor acquired possession of this real estate by way of a warranty deed dated September 26, 2006 and filed for record with the Summit County, Ohio recorder on September 27, 2006.

     4. The debtor filed a voluntary petition under chapter 7, title 11 U.S.C. on April 26, 2004 and was granted a discharge by this Court on August 30, 2004 in a case designated in the records of this Court as case number 04-52211.

     5. On June 27, 1994, Allstate Insurance Company and Shirley Bogard obtained a judgment against the debtor in the Akron Municipal Court in a case designated as case number 94 CVE 3520. The amount of this judgment was for $3,978.52 plus interest at the rate of 10% per annum from June 27, 1994. On January 23, 1997, Allstate Insurance Company and Shirley Bogard filed with the Clerk of the Court of Summit County, Ohio

Common Pleas a certificate of judgment.

      6. The debtor states that because his personal liability to Allstate Insurance Company and Shirley Bogard was discharged by his 2004 bankruptcy and because the debtor did not acquire title to his real estate until 2006 (after the entry of the discharge order), the aforementioned certificate of judgment does not create a lien that encumbers this real estate.

      7. The debtor's real estate referred to above, according to the appraisal of the Summit County, Ohio Fiscal Officer, a copy of which is attached hereto as Exhibit "A," has a value of $74,710.00. This real estate is subject to a purchase-money mortgage owed by the debtor to Suntrust Mortgage upon which the debtor owes an approximate principal balance of $102,969.98. The debtor has claimed a homestead exemption of $20,200.00 in this real estate pursuant to Ohio Rev. Code. Sec. 2329.66(A)(1). The debtor alternatively states, therefore, that in the event the Court were to determine for some reason that Allstate Insurance Company and Shirley Bogard hold a valid judicial lien that encumbers the debtor's real estate, this lien impairs the debtor's homestead exemption and therefore is avoidable by the debtor pursuant to 11 U.S.C. Sec. 522(f).

      WHEREFORE, the debtor prays for the entry of an order determining that the filing of the above-referenced certificate of judgment in favor of Allstate Insurance Company and Shirley Bogard did not create a judicial lien that encumbers the debtor's residential real estate. Alternatively, the debtor prays for the entry of an order cancelling and avoiding the alleged judicial lien pursuant to 11 U.S.C. Sec. 522(f) and declaring the same to be null, void and without any legal effect whatsoever.

      Respectfully Submitted,

      /s/ Robert M. Whittington, Jr. 0007851
      159 S. Main St., Suite 1023
      Akron, OH 44308
      330 384 8484
      fax 330 384 8953
      elkwhitt@neo.rr.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | CASE NO: 10-54243 |
|---|---|---|
| | ) | Chapter 13 |
| Walter Lamont Gibson, Sr. | ) | Judge Marilyn Shea-Stonum |
| Lisa Ray-Shun Gibson | ) | NOTICE OF MOTION TO AVOID LIEN OR, ALTERNATIVELY, FOR DECLARATION THAT NO JUDICIAL LIEN EXISTS |
| Debtors. | | |

The debtors have filed papers with the Court to avoid a lien or, alternatively, to obtain a declaration that no judicial lien exists.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then on or before September 22, 2010, you or your attorney must file with the Court a written request for a hearing and a written answer explaining your position at the office of the Clerk of the Bankruptcy Court, room 455, U.S. Courthouse, 2 S. Main Street, Akron, Ohio 44308. If you mail your request to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Robert M. Whittington, Jr., 1023 Key Bldg., 159 S. Main Street, Akron, OH 44308

Keith Rucinski, chapter 13 trustee, I Cascade Plaza, #2020, Akron, OH 44308

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATE: September 7, 2010

Robert M. Whittington, Jr., 0007851
Attorney for the Debtor(s)
1023 Key Bldg.
159 S. Main St.
Akron, OH 44308
(330) 384-8484

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion and notice were sent by ordinary U.S. Mail, postage prepaid, this 7th day of September, 2010 to:

Allstate Corporation
Attn: General Counsel
2775 Sanders Rd. Suite F 8
Northbrook, IL 60062-6127

Allstate Insurance
P.O. Box 3073
Southeastern, PA 19398-3073

Shirley Bogard
878 Caddo
Akron, OH 44305

and by electronic ECF notice to Keith Rucinski, chapter 13 trustee and to the U.S. Trustee.

/s/ Robert M. Whittington, Jr.

# WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS that, **Rachael L. Cruz htta Rachael L. Kerr, A Married Woman**, Grantor(s), for valuable consideration paid, grant, with general warranty covenants, to **Walter L. Gibson, Sr. and Lisa R. Weber**, Grantee(s) whose tax mailing address is **1241 Sparhawk Avenue, Akron, OH 44305** the following real property.

*Situated in the City of Akron, County of Summit and State of Ohio: And known as being a part of Lot 6, Tract 9, formerly Tallmadge Township and described as follows: Being at a iron pipe at the Northwest corner of Eastland Allotment No. 5 as recorded in Plat Book 22, Page 70 of Summit County Records; Thence N. 3° 40' E. 1045.46 to an iron pipe at the Northwest corner of the Sparhawk Allotment proposed, which point is also the Southerly line of the Erie R.R. right of way; thence N. 77° 30' 40" E., along the Southerly line of the Erie R.R. right of way 408.64 feet to the true place of beginning, continuing N. 77° 30' 40" East 50 feet to a point; thence S. 12° 29' 20" E., 200 feet to the N. line of Sparhawk Avenue proposed; thence S. 77° 30' 40" West 50 feet to a point; thence N. 12° 29' 20" W. 200 feet to the true place of beginning, known as Sub 28 Sparhawk unrecorded.*

Instrument Reference: 54876454

PM No.: 68-40631    PPN: 02-01333-03-007.000

Also known as being **1241 Sparhawk Avenue, Akron, OH 44305**

The Property is conveyed subject to, and there are hereby excepted from the general warranty covenants, the following:

(i) All easements, rights-of-way, restrictions, covenants, reservations, and encumbrances of record;

(ii) All legal highways;

(iii) Building and zoning statutes, ordinances, codes, rules, and regulations;

(iv) Real estate taxes and assessments both general and special, which are a lien not yet due and payable and which have been prorated through the date of closing.

FIRST SEQUEL TITLE CORPORATION

ORDER NO. 23537



55371730
Pg: 1 of 2
09/27/2006 02:52P
John A Donofrio, Summit Fiscal Officer    DE 28.00

AND FOR VALUABLE CONSIDERATION, **Sergio Cruz, Jr.** does hereby remise, release and forever quit-claim unto the said Grantee, his heirs and assigns, all her right and expectancy of Dower in the above-described premises.

EXECUTED this 26TH day of SEPTEMBER, 2006.

_Rachael L. Cruz_
Rachael L. Cruz

_Sergio Cruz_
Sergio Cruz, Jr.

20531
TRANSFERRED IN COMPLIANCE WITH
SEC.319.202 REV. CODE
$12,000.00 $ 368.00 FEE
Consideration By GML
JOHN A. DONOFRIO
Fiscal Officer      Deputy Fiscal Officer
No. of pages 2

2006 SEP 27 PH 2:16
JOHN A. DONOFRIO
FISCAL OFFICER
COUNTY OF SUMMIT
TRANSFERRED

State of Ohio )
) ss
County of Summit )

Before me, a notary public in and for said County and State, personally appeared the above named, **Rachel L. Cruz and Sergio Cruz, Jr., Wife and Husband**, Grantor(s), who acknowledged that he/she/they did sign the foregoing instrument and that the same is his/her/their free act and deed.

In Testimony Whereof, I have hereunto set my hand and official seal, at

_Akron_, OH, this 26TH day of September, 2006.

_____
Notary Public

Instrument Prepared By:
Andrea L. Norris, Attorney at Law

RICHARD P. LOWRY, Notary Public
Residence-Summit County
State Wide Jurisdiction, Ohio
Expires January 11, 2007



55371730
Pg: 2 of 2
09/27/2006 02:52P
DE            28.00

John A Donofrio, Summit Fiscal Officer

EXHIBIT 'A'

[ Print ]  [ Pay by Phone ]  [ Pay On-Line ]

# John A. Donofrio
Fiscal Officer, County of Summit

Note: This is a live file and is subject to constant change.

Print    IAS4 - INTEGRATED ASSESSMENT SYSTEM REVIEW DOCUMENT    Reference Year
Summit County Auditor Division, OH - Tax Year 2009    AUG 23, 2010 04:09 PM

## BASIC INFORMATION FOR PARCEL 6840631

| | | | |
|---|---|---|---|
| **PARCEL** | 6840631 | **ALT_ID** 020133303007000 | **NO CARDS** 1 |
| **OWNER** | GIBSON WALTER L SR & WEBER LISA R | | **INFO** |
| **OWNER** | | | ---LISTER--- |
| **DESC.** | TR 9 LOT 6 SUB 28 SPARHAWK LESS STSPARHAWK AVE | | 560    05-SEP-06 |
| **DESC.** | | | **RENTAL REG** |
| **DESC.** | | **LUC** 510 | R - SINGLE FAMILY DWELLING, PLATTED |
| **ADDR.** | 1241 SPARHAWK AVE , AKRON 44305- | | **VAC/ABAND** |
| **SPEC FLAG** | | | **NBR** 30100155 |
| **HOMESTEAD** | No | | **2.5% REDUCTION** Yes |
| **DISTRICT** | 68 AKRON CITY-AKRON CSD | | **INTER-COUNTY** 77-0530 |

## LAND FOR PARCEL 6840631

| CODE | ACTUAL | BASE | DEPTH | UNIT | DEP/FAC | INCR/DECR | INFLUENCE | INFLU% | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 50 | 50 | 200 | 325 | 1.13 | 160/160 | | | 18360 |

**LOT CODE:** 01 = HOUSE LOT

## RESIDENTIAL CARD 1 OF 1 FOR PARCEL 6840631

| | | | |
|---|---|---|---|
| **STYHT** | 1 | **HT/AC** | CENTRAL |
| **CONST** | ALUMINUM/VINYL | **FUEL** | GAS |
| **MSRY TRIM** | | **SYSTEM** | |
| **TYPE** | RANCH | **ATTIC** | NO |
| **YR BUILT** | 1982 | **FINBSMT** | |
| **EFF YR** | | **REC RM** | |
| **YRREMDLD** | | **FRP PREFB** | |
| **TOT RM** | 5 | **FRPL OP/ST** | |
| **BEDRM** | 3 | **BSMT GAR** | |
| **FAMLYRM** | | **PHYSICAL** | 83 |
| **FULL/BTH** | 1 | **FUNC DEP** | |
| **HALF/BTH** | | **FUNC RSN** | |
| **TOT FIXTRS** | 5 | **ECON DEP** | |
| **BSMT** | FULL | **ECON RSN** | |
| **GFLA** | 960 | **GRADE** | 070 |
| **SFLA** | 960 | **COND (CDU)** | GOOD    (100%) |
| | | **PCT CMPL** | |

**DESCRIPTION:** RANCH ALUMINUM/VINYL 1 STORY WITH 960 SQ FT GROUND FLOOR LIVING AREA AND 960 TOTAL SQ FT LIVING AREA, BUILT ABOUT 1982. IT HAS 5 TOTAL ROOMS WITH 3 BEDROOMS, 1 FULL BATHROOM, A FULL BASEMENT, HEATING IS CENTRAL AND THE OVERALL CONDITION IS GOOD.

```
+--------------24------------+
|                            |
|                            |
|                            |
|                            |
|                            |
|                            |
|                            |
|                            |
```

```
    |              |
  4 |              | 4
  0 |      A       | 0
    |              |
    |              |
    |              |
    |              |
    |              |
    |              |
    |              |
    |              |
    |              |
    +------24------+
```

## SUMMARY ALL CARDS FOR PARCEL 6840631

| | | | | | |
|---|---|---|---|---|---|
| LAND: | 18360 | BUILDING: | 56350 | TOTAL: | 74710 |
| ASSESSED LAND: | 6430 | ASSESSED BLDG: | 19720 | ASSESSED TOTAL: | 26150 |

## SALES INFORMATION FOR PARCEL 6840631

| DATE | DOC# | GRANTOR | AMT | SALE | DESC | PARCELS |
|---|---|---|---|---|---|---|
| 27-SEP-06 | 20531 | KERR RACHAEL L | 92000 | 1 | VALID | 1 |
| 22-MAY-03 | 9890 | CHAPPELL DELORES J | 80000 | 1 | VALID | 1 |
| 11-DEC-01 | 25147 | CHAPPELL JAMES R & DELORES J | 10000 | 2 | Rel/Bus | 1 |
| 29-OCT-93 | | LI ELLEN & PAUL C | 37600 | | | 0 |

[ Print ]  [ Pay by Phone ]  [ Pay On-Line ]

## 2009 SUMMARY INFORMATION FOR PARCEL 6840631

| | | | |
|---|---|---|---|
| **MAILING ADDRESS** | | **LUC** | 510 |
| GIBSON WALTER L SR & WEBER LISA R | | **CLASS** | R |
| 1241 SPARHAWK AVE | | **2.5%** | Y |
| AKRON, OH 44305 | | **HMSTD** | N |
| **APPRAISED VALUE** | 74,710 | **CAUV** | N |
| **TAXABLE VALUE** | 26,150 | **FOREST** | N |
| **BANK CODE** | 00942 VALUTREE REAL ESTATE SERVICES | **STUB** | 68011738 |
| **TREAS CODE** | | **CERT YEAR** | N |
| **CUR YR REFUND** | | **DELQ CONTRACT** | N |
| **PRI YR REFUND** | | **BANKRUPTCY** | N |
| **MONEY IN ESCROW** | | **FORECLOSURE** | N |
| **MONEY IN PRETAX** | | | |

### Beginning Tax Duplicate

Where Do My Tax Dollars Go?    Voter Approved Levy Tax

| | First Half Charges | Second Half Charges |
|---|---|---|
| Realestate | 764.49 | 764.49 |
| Special Assessment | 27.28 | 27.28 |
| Total | 791.77 | 791.77 |
| Due Date | FEB 19, 2010 | JUL 16, 2010 |

## Total Tax Amount Due Reflects Payment & Adjustment To Date

| | DELQ | 1st HALF | 2nd HALF |
|---|---|---|---|
| TOTAL REAL ESTATE AND SPECIAL CHARGES | 0.00 | 791.77 | 791.77 |
| P & I & ADJ | 0.00 | 0.00 | 0.00 |
| PAYMENTS | 0.00 | -791.77 | -791.77 |

| | | | | | AMOUNT DUE | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|---|
| | | | | | YEARLY AMOUNT DUE: | | | 0.00 |

## 2009 TAX BILL DETAILS FOR PARCEL 6840631

| DATE | SETTLE | PROJ. # | ACTION /CODE | 1st HALF | 2nd HALF |
|---|---|---|---|---|---|
| 04-JAN-10 | 1 | | DUP/ORG | 1284.25 | 1284.25 |
| 04-JAN-10 | 1 | | DUP/RED | -410.55 | -410.55 |
| 04-JAN-10 | 1 | | DUP/ADJ | 873.70 | 873.70 |
| 04-JAN-10 | 1 | | DUP/RLB | -87.37 | 0.00 |
| 04-JAN-10 | T | | DUP/RLB | 0.00 | -87.37 |
| 04-JAN-10 | T | | DUP/HRB | 0.00 | -21.84 |
| 04-JAN-10 | 1 | | DUP/HRB | -21.84 | 0.00 |
| 04-JAN-10 | 1 | 346768 | DUP/SAC | 26.23 | 26.23 |
| 04-JAN-10 | 1 | 346768 | DUP/SAF | 1.05 | 1.05 |
| 08-FEB-10 | 1 | 346768 | PAY/SAC | -26.23 | 0.00 |
| 08-FEB-10 | 1 | 346768 | PAY/SAF | -1.05 | 0.00 |
| 08-FEB-10 | 1 | | PAY/CHG | -764.49 | 0.00 |
| 06-JUL-10 | T | 346768 | PAY/SAC | 0.00 | -26.23 |
| 06-JUL-10 | T | 346768 | PAY/SAF | 0.00 | -1.05 |
| 06-JUL-10 | T | | PAY/CHG | 0.00 | -764.49 |

| | | |
|---|---:|---:|
| DELQ REAL ESTATE & ASSESSMENT TAX: | 0.00 | |
| ADJUSTMENT: | 0.00 | |
| DECEMBER INTEREST: | 0.00 | |
| AUGUST INTEREST: | 0.00 | |
| TOTAL | **0.00** | |
| REAL ESTATE CHARGES: | 764.49 | 764.49 |
| SPECIAL ASSESSMENT CHARGES: | 27.28 | 27.28 |
| ADJUSTMENT: | 0.00 | 0.00 |
| TOTAL CHARGES: | **791.77** | **791.77** |

| PAYMENTS: | DATE | TYPE | | |
|---|---|---|---:|---:|
| | 08-FEB-10 | NML | -791.77 | |
| | 06-JUL-10 | NML | | -791.77 |
| TOTAL PAYMENTS: | | | -791.77 | -791.77 |
| FH/SH AMOUNT DUE: | | | 0.00 | 0.00 |

**SPECIAL ASSESSMENT:**

| PROJECT NAME | | END | 1st HALF | 2nd HALF |
|---|---|---|---|---|
| 346768 | M03 ST LTG/SWP-9999 | 9999 | 27.28 | 27.28 |

## GENERAL INFORMATION

JOHN A. DONOFRIO
FISCAL OFFICER, COUNTY OF SUMMIT
175 SOUTH MAIN ST.
AKRON, OHIO 44308

## PLEASE DIRECT INQUIRIES CONCERNING PROPERTY VALUES TO

| | |
|---|---|
| (330)-643-2645 | SPECIAL ASSESSMENTS |
| (330)-643-2710 | APPRAISAL INFORMATION |
| (330)-643-2661 | HOMESTEAD |
| (330)-643-2638 | GENERAL REAL ESTATE |

## PLEASE DIRECT INQUIRIES ABOUT YOUR TAX BILL INFORMATION TO

| | |
|---|---|
| (330)-643-2867 | TREASURER DIVISION PRE-PAYMENT PROGRAM |
| (330)-643-2600 | MONTHLY DELINQUENT CONTRACT PROGRAM |
| (330)-643-2587 | TAX BILL MAILING INFORMATION |
| (330)-643-2589 | PAYMENT INFORMATION |

### Click the Following Links to Navigate the Tax Years

2010  2008  2007  2006  2005  2004  2003  2002  2001  2000  1999  1998  1997  1996